# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

In re: NANCY ANNE MONGOLD                                                      Case No.: 09-51690-RWK-13

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  10/18/2009.
2)  The plan was confirmed on  06/01/2010.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  01/05/2012, 01/16/2012, 03/07/2012.
5)  The case was dismissed on  01/19/2012.
6)  Number of months from filing or conversion to last payment:  24.
7)  Number of months case was pending:  29.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $14,644.65 |
| Less amount refunded to debtor: | $2,007.50 |
| **NET RECEIPTS:** | **$12,637.15** |

**Expenses of Administration:**
| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $1,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $756.80 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,256.80** |

Attorney fees paid and disclosed by debtor:        $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 1,258.00 | NA | NA | .00 | .00 |
| ALLIED CASH ADVANCE | Unsecured | 1,075.88 | 1,269.41 | 1,269.41 | 346.56 | .00 |
| ALLIED CASH ADVANCE VIRGINIA LLC | Unsecured | 1,269.41 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE LP AS AGENT | Unsecured | NA | 755.84 | 755.84 | 206.35 | .00 |
| AMPHI | Unsecured | 282.58 | NA | NA | .00 | .00 |
| APPROVED CASH ADVANCE #634 | Unsecured | 850.00 | NA | NA | .00 | .00 |
| AT&T | Unsecured | 2,304.00 | NA | NA | .00 | .00 |
| AUGUST MEDICAL CENTER | Unsecured | 2,405.03 | 8,469.24 | 8,469.24 | 2,309.65 | .00 |
| AUGUSTA EMERGENCY PHYSICIANS | Unsecured | 132.00 | NA | NA | .00 | .00 |
| AUGUSTA EMERGENCY PHYSICIANS | Unsecured | 120.00 | NA | NA | .00 | .00 |
| AUGUSTA HEALTHCARE | Unsecured | 75.00 | NA | NA | .00 | .00 |
| AUGUSTA HEALTHCARE | Unsecured | 75.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re: NANCY ANNE MONGOLD                                             Case No.: 09-51690-RWK-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AUGUSTA HEALTHCARE | Unsecured | 43.25 | NA | NA | .00 | .00 |
| AUGUSTA HEALTHCARE | Unsecured | 38.16 | NA | NA | .00 | .00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 10.25 | NA | NA | .00 | .00 |
| CAPITAL RECOVERY SERVICE | Unsecured | 61.22 | NA | NA | .00 | .00 |
| CARTER BANK & TRUST | Unsecured | 163.07 | NA | NA | .00 | .00 |
| CARUS PUBLISHING COMPANY | Unsecured | 35.97 | NA | NA | .00 | .00 |
| CASH ADVANCE CENTER | Unsecured | 580.00 | NA | NA | .00 | .00 |
| CATHERINE JESPERSEN LCSW | Unsecured | 67.00 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | Unsecured | 53.66 | NA | NA | .00 | .00 |
| CHECK INTO CASH | Unsecured | 590.91 | NA | NA | .00 | .00 |
| CHECK N GO OF VA | Unsecured | 575.00 | NA | NA | .00 | .00 |
| CHECKCARE SYSTEMS | Unsecured | 63.76 | NA | NA | .00 | .00 |
| COLONIAL OPTICAL | Unsecured | 37.00 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 320.00 | NA | NA | .00 | .00 |
| COMMONWEALTH OF VIRGINIA | Unsecured | 609.68 | 614.80 | 614.80 | 167.85 | .00 |
| CONSUMER PORTFOLIO ASSOCIATES | Unsecured | 5,445.37 | NA | NA | .00 | .00 |
| COUNTY OF ROCKINGHAM | Priority | 165.43 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Secured | 29,478.69 | 1,400.85 | 1,400.85 | 1,400.85 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | NA | 12,320.70 | .00 | .00 | .00 |
| CURVES-STAUNTON | Unsecured | 147.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING LLC | Unsecured | 5,445.37 | 9,059.86 | 9,059.86 | 2,470.66 | .00 |
| ECMC | Unsecured | NA | NA | NA | .00 | .00 |
| ECMC | Unsecured | NA | 4,681.10 | 4,681.10 | 1,276.56 | .00 |
| EMERGICARE OF WAYNESBORO | Unsecured | 5.83 | NA | NA | .00 | .00 |
| FOOD LION | Unsecured | 118.81 | 118.81 | 118.81 | 32.45 | .00 |
| HALL & ASSOCIATES | Unsecured | 185.00 | NA | NA | .00 | .00 |
| HEALTHY INSPIRATIONS | Unsecured | 158.00 | NA | NA | .00 | .00 |
| J&S PIZZA EXPRESS | Unsecured | 97.64 | NA | NA | .00 | .00 |
| JAMES F. HUTCHENS, DDS | Unsecured | 60.74 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 1,047.00 | 1,047.04 | 1,047.04 | 285.85 | .00 |
| JL WALSTON & ASSOCIATES | Unsecured | 43.25 | NA | NA | .00 | .00 |
| JOAN D. GEARY | Unsecured | 125.59 | 125.59 | 125.59 | 34.29 | .00 |
| NADIA KULEY | Unsecured | 115.00 | NA | NA | .00 | .00 |
| NANCY E. WILLNER LCSW | Unsecured | 25.00 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY INC | Unsecured | 20.00 | NA | NA | .00 | .00 |
| PATIENT FINANCIAL SERVICES | Unsecured | 33.39 | 1,314.25 | 1,314.25 | 358.80 | .00 |
| PENNY CRITZER LCSW | Unsecured | 350.00 | NA | NA | .00 | .00 |
| PHYSICIANS BILLING SERVICE | Unsecured | 31.81 | NA | NA | .00 | .00 |
| PROGRESSIVE HOME ADVANTAGE | Unsecured | 25.64 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re: NANCY ANNE MONGOLD                                           Case No.: 09-51690-RWK-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| RASK FLORIST | Unsecured | 36.25 | NA | NA | .00 | .00 |
| RESTAURANT E FUND | Unsecured | 76.00 | NA | NA | .00 | .00 |
| ROBERT MONGOLD | Unsecured | 7,500.00 | 5,311.83 | 5,311.83 | 1,448.58 | .00 |
| ROCKINGHAM MEMORIAL HOSPITAL | Unsecured | 104.70 | NA | NA | .00 | .00 |
| ROCKINGHAM RADIOLOGISTS | Unsecured | 8.86 | NA | NA | .00 | .00 |
| ROTECH HOME MEDICAL CARE | Unsecured | 57.04 | NA | NA | .00 | .00 |
| ROTECH HOME MEDICAL CARE | Unsecured | 25.43 | NA | NA | .00 | .00 |
| RSI ENTERPRISES | Unsecured | 17.89 | NA | NA | .00 | .00 |
| SHENANDOAH EMERGENCY MEDICAL S | Unsecured | 30.00 | NA | NA | .00 | .00 |
| STATES RECOVERY SYSTEMS, INC | Unsecured | 356.16 | NA | NA | .00 | .00 |
| STAUNTON MINI-STORAGE | Unsecured | 93.00 | NA | NA | .00 | .00 |
| STUDENT LOAN MKT ASSN | Unsecured | 1,835.00 | NA | NA | .00 | .00 |
| SUPERIOR ASSET MANAGEMENT | Unsecured | 955.84 | NA | NA | .00 | .00 |
| THOMAS TRAN DPM | Unsecured | 4.24 | NA | NA | .00 | .00 |
| TIMOTHY R. WADE DDS | Unsecured | 140.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS, INC | Unsecured | 178.38 | NA | NA | .00 | .00 |
| TRS RECOVERY SYSTEMS INC. | Unsecured | 72.30 | NA | NA | .00 | .00 |
| US CAREER INSTITUTE | Unsecured | 1,042.00 | NA | NA | .00 | .00 |
| UVA HEALTH SERVICES FOUNDATION | Unsecured | 138.73 | NA | NA | .00 | .00 |
| VANTAGE POINT SOLUTIONS, LLC | Unsecured | 849.75 | NA | NA | .00 | .00 |
| VATIV RECOVERY SOLUTIONS, LLC | Unsecured | NA | 153.48 | 153.48 | 41.90 | .00 |
| VIRGINIA ADULT & PEDIATRIC ALLERGY | Unsecured | 14.01 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re:  NANCY ANNE MONGOLD  Case No.:  09-51690-RWK-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WRIGHTS DAIRY RITE INE | Unsecured | 39.15 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 1,400.85 | 1,400.85 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,400.85 | 1,400.85 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,921.25 | 8,979.50 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,256.80 |
| Disbursements to Creditors: | $10,380.35 |
| **TOTAL DISBURSEMENTS:** | $12,637.15 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/14/2012          By:  /s/Herbert L. Beskin
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.